AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) |
|---|---|
| v. | ) |
| KATHERINE MEAGAN VOGEL | ) Case No. 3:25-mj-274 |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* KATHERINE MEAGAN VOGEL, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
See attached affidavit.

Date: 10/1/2025

*Stacie F. Beckerman*
Issuing officer's signature

City and state: Portland, Oregon

United States Magistrate Judge Stacie F. Beckerman
Printed name and title

---

**Return**

This warrant was received on *(date)* 10/01/25, and the person was arrested on *(date)* 10/01/25
at *(city and state)*

Date: 10/01/25

*Inspector O Tapia*
Arresting officer's signature

Printed name and title